UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-23612-CIV-MORENO

THEODORE KEITH GRIFFIN,

    Petitioner,

vs.

MICHAEL D. CREWS,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner's *pro se* Petition for Writ of Habeas Corpus (**D.E. No. 1**), filed on **October 7, 2013**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 30**) on **March 17, 2014**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that the Petitioner did not file objections to the Report and Recommendation, and the time to do so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 30**) on **March 17, 2014** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1) Petitioner's Petition for Writ of Habeas Corpus is DENIED. Petitioner's conviction has not yet become final as it is still pending on direct appeal, and the petitioner has failed to exhaust his

State court remedies.

(2) No Certificate of Appealability shall issue. The claims raised are without merit and Petitioner cannot satisfy the requirements set forth in *Slack v. McDaniel*, 529 U.S. 473, 478 (2000).

It is further **ADJUDGED** that all pending motions are denies as moot, and this case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of April, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Theodore K. Griffin, *pro se*
DC # M47941
Franklin Correctional Institution
1760 Highway 67 North
Carrabelle, Florida 32322

Jill D. Kramer, AAG
Office of the Attorney General
444 Brickell Ave., Suite 650
Miami, Florida 33131